## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** § § § § **Plaintiff,** § § **v.** § § **LETITIA JAMES, in her individual and** § **official capacity,** § § **Defendant.** § § § | **CASE NO. 1:20-CV-00889-MAD-TWD** |

## NOTICE OF RELATED CASE FILING

Pursuant to Local Rule 3.3(b), Plaintiff National Rifle Association of America files this Notice of Related Case. On October 20, 2020, a Motion to Transfer Cases for Coordinated or Consolidated Pre-Trial Proceedings Pursuant to 28 U.S.C. §1407 (the "Motion") was filed before the United States Judicial Panel on Multidistrict Litigation. A copy of the Motion and supporting papers are attached hereto.

Dated: October 20, 2020

Respectfully submitted,

By:    */s/ Sarah B. Rogers*
    William A. Brewer III
    wab@brewerattorneys.com
    Sarah B. Rogers
    sbr@brewerattorneys.com

**BREWER, ATTORNEYS & COUNSELORS**
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

**ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA**