

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF SOCIAL JUSTICE
CHARITIES BUREAU

212.416.8965
Monica.Connell@ag.ny.gov

**BY ECF**  October 21, 2020

Hon. Mae A. D'Agostino
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:   *NRA v. James*, NDNY Case No. 20-cv-889

Dear Judge D'Agostino:

The Office of the Attorney General ("OAG") represents Letitia James, Attorney General of the State of New York in the above-referenced action. Pursuant to the Court's Individual Rules and Practices, the OAG seeks to have until November 20, 2020 to submit a response to Plaintiff National Rifle Association of America, Inc.'s Amended Complaint, dated October 9, 2020.

This is the first request for an extension, the Court has already granted OAG leave to file a motion to dismiss and Plaintiff consented to this request last Friday. We note that today that the NRA has filed an application to transfer this case for pre-trial proceedings to the federal Multi-District Litigation Panel, and ultimately to the Northern District of Texas, pursuant to 15 U.S.C. § 1407. At this time, we intend to proceed with our motion to dismiss, which will establish that the NRA's Amended Complaint is subject to dismissal in its entirety as a matter of law and will obviate the transfer application.

In light of the foregoing, OAG respectfully requests that the Attorney General's time to move to dismiss the Amended Complaint be extended until November 20, 2020.

Respectfully,

*/s Monica Connell*
Monica Connell
Assistant Attorney General

cc:   All Counsel (*via ECF*)