UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

THE NATIONAL RIFLE ASSOCIATION
OF AMERICA, INC.,                                                       20-CV-00889 (MAD)(TWD)

                        Plaintiff,
     v.                                                                          **NOTICE OF MOTION
                                                             TO DISMISS THE
LETITIA JAMES, both individually and in           AMENDED COMPLAINT**
her official capacity,

                                                         Filed on ECF
                       Defendant.
_____

       PLEASE TAKE NOTICE, that upon the Amended Complaint and all prior proceedings filed herein, the accompanying declaration of Assistant Attorney General Monica Connell and exhibits thereto, and the accompanying Memorandum of Law in Support of Attorney General Letitia James' Motion to Dismiss the Amended Complaint, the undersigned, on behalf of Defendant LETITIA JAMES, Attorney General of the State of New York, will move this Court before the Honorable Mae A. D'Agostino, on January 5, 2021 or such other date and time as is determined by the Court, at the United States District Courthouse located at the United States District Court, Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, NY 12207, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Amended Complaint with prejudice, and for such further relief as the Court deems just and proper.

       PLEASE TAKE FURTHER NOTICE that, in the absence of a different date set by the Court, pursuant to Local Rule 7.1 of the Local Rules of Practice for the Northern District of New

York, plaintiff's opposition to this motion, if any, is due at least seventeen days before the return date of this motion.

Dated:   New York, New York
         November 20, 2020

                                          Respectfully submitted,

                                          LETITIA JAMES
                                          Attorney General of the
                                           State of New York
                                          By:

                                          _____
                                          Monica Connell
                                          Assistant Attorney General
                                          28 Liberty Street
                                          New York, New York 10005
                                          (212) 416-8965
                                          Monica.Connell@ag.ny.gov

To:   All Counsel of Record (*via ECF*)