IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LETITIA JAMES, in her individual and official capacity,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§　CASE NO. 1:20-CV-00889 (MAD/TWD)<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### NATIONAL RIFLE ASSOCIATION OF AMERICA'S
### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the National Rifle Association gives notice that the above-captioned action is voluntarily dismissed without prejudice.

Dated: June 4, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By: ___/s/Sarah B. Rogers___
　　　　　　　　　　　　　　　　　　　　　　William A. Brewer III
　　　　　　　　　　　　　　　　　　　　　　wab@brewerattorneys.com
　　　　　　　　　　　　　　　　　　　　　　Sarah B. Rogers
　　　　　　　　　　　　　　　　　　　　　　sbr@brewerattorneys.com

　　　　　　　　　　　　　　　　　　　　**BREWER, ATTORNEYS & COUNSELORS**
　　　　　　　　　　　　　　　　　　　　750 Lexington Avenue, 14th Floor
　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 489-1400
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 751-2849

IT IS SO ORDERED:
_/s/ Mae A. D'Agostino_
Mae A. D'Agostino
U.S. District Judge

Dated: ___June 7, 2021___
　　　　Albany, NY

　　　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA**